12-8MN-01(JGM)

Affidavit for Search Warrant

# United States District Court

## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In the Matter of the Search of<br>(Name, address or brief description of person, property or premises to be searched)<br>THE PREMISES KNOWN AND DESCRIBED AS TWO CERTAIN EMAIL ACCOUNTS MAINTAINED BY INTERNET SERVICE PROVIDER HURRICANE ELECTRIC | **APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**<br><br>CASE NUMBER: |

I _____ Geoff P. Maynard _____ being duly sworn depose and say;

I am a(n) _____ Special Agent, Defense Criminal Investigative Service _____ and have reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

TWO CERTAIN EMAIL ACCOUNTS MAINTAINED BY INTERNET SERVICE PROVIDER HURRICANE ELECTRIC

in the District of Connecticut there is now concealed a certain person or property, namely:

SEE ATTACHMENT A TO AFFIDAVIT

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

fruits, instrumentalities, and evidence

concerning a violation of Title _____ 18 _____, United States Code, Section(s) _____ 2320 & 1343 _____.
The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

March 5, 2011                                        at    New Haven, Connecticut
Date and Time Issued                                       City and State

Hon. Joan G. Margolis
United States Magistrate Judge                             _____
Name and Title of Judicial Officer                         Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT     :
                         :    ss: New Haven, March 5, 2012
COUNTY OF NEW HAVEN      :

## AFFIDAVIT

I, Geoff Maynard, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent for the Defense Criminal Investigative Service ("DCIS") since 2002. I am presently assigned to the DCIS resident agency in New Haven, Connecticut. Since joining DCIS, I have been involved in numerous investigations related to defense contractor fraud. I have gained expertise in the conduct of such investigations through training in seminars, classes, and everyday work related to conducting these types of investigations.

2. Together with other law enforcement officers, I am investigating the sale of counterfeit integrated circuits and other electronic components for use in military applications. As described more fully below, Roland Frank, also known as "Walter Kowalski" and doing business as Solid Components, Inc., has been selling such counterfeit components in violation of Title 18, United States Code, Sections 2320 (Lanham Act) and 1343 (wire fraud).

3. This affidavit is made in support of the Government's application for a warrant to search the electronic mail accounts "sales@solidcomponents.biz" and "walter@solidcomponents.biz," both maintained by Hurricane

Electric Internet Services of Fremont, California (collectively, the "TARGET ACCOUNTS"), and to seize, pursuant to Rule 41 of the Federal Rules of Criminal Procedure, any evidence of a crime; contraband, fruits of crime, or other items illegally possessed; or property designed for use, intended for use, or used in committing a crime, as described more fully in Attachment B to this affidavit.

4. The facts set forth in this affidavit are based on information that I have obtained from my personal involvement in the investigation and from other law enforcement officers who have been involved in this investigation, on documents that I have reviewed, and on my training and experience. Where the contents of documents or communications with others are reported herein, they are reported in substance and part. Because this affidavit is being submitted for limited purposes, I have not set forth all of the information known to me concerning this investigation. Instead, I have set forth information that I believe to be sufficient to establish probable cause in support of the Government's application for the aforementioned warrant.

**THE INVESTIGATION**

5. This investigation is being conducted jointly by DCIS, Homeland Security Investigations ("HSI"), and the Naval Criminal Investigative Service ("NCIS").

6. According to its Internet site, "solidcomponents.biz," Solid Components, Inc., is a company based in Jamestown, California that is engaged in "the procurement of

2

obsolete, allocated, and hard-to-find products," including integrated circuits, transistors, connectors, diodes, and capacitors. Based on my training and experience, I know that such parts are often needed to maintain older military equipment or to assemble military equipment based on older designs, once suitable parts can no longer be obtained from an original equipment manufacturer ("OEM") or original component manufacturer ("OCM").

7. From in or about January 2009 through in or about December 2011, Solid Components provided electronic parts under contracts N68936-09-P-0157 and N68936-10-0-0775 to the Naval Air Warfare Center, Weapons Division, in Point Mugu, California ("NAVAIR"), to be used in assembling test sets for an Aircraft Launcher Interface Computer ("ALIC") and a Guided Multiple Launch Rocket System ("GMLRS"), respectively.

8. In or about December 2010, NAVAIR discovered that a Teledyne relay (P/N 732D-26) purchased from Solid Components and installed in an ALIC test set had failed during testing. Based on information provided by Teledyne, the original component manfacturer, NAVAIR employees determined that the failed relay was a counterfeit, sold by Solid Components under contract N68936-09-P-0157.

9. In or about July 2011, several parts purchased from Solid Components were obtained from NAVAIR's inventory and submitted to an outside laboratory for testing. Of the seventeen parts examined, five were suspected of being counterfeit. Four

of those parts were sent to the OCMs for further examination and were confirmed as being counterfeit; the fifth part was originally manufactured in the Philippines and was not examined further. The four parts were:

   a. an Analog Devices integrated circuit (P/N 5962-8512701XA) intended for use in the ALIC test set;

   b. an Analog Devices integrated circuit (P/N AD5962-8871902MXA) intended for use in the GMLRS test set;

   c. an Intersil integrated circuit (P/N 85015013A) intended for use in the GMLRS test set; and

   d. a Harris Corp. integrated circuit (P/N M38510/12206BGX) intended for use in the ALIC test set.

10. According to its Central Contractor Registration, the point of contact for Solid Components is "Walter Kowalski." On or about January 26, 2012, during a telephone conversation between Kowalski and NAVAIR's assistant counsel, Kowalski admitted that his true name is Roland Frank and that "Walter Kowalski" is an alias. Public-record databases traditionally used by law enforcement confirmed that no individual named "Walter Kowalski" resides in the vicinity of Jamestown, California.

11. According to records maintained by Customs and Border Protection, from in or about December 2007 through in or about November 2011, there were approximately fifteen shipments sent to Solid Components from sources in China that were seized because the shipments were believed to contain counterfeit integrated circuits or other electronic components.

12. In September and October, 2011, undercover purchases of the following parts were made from Solid Components:

    a. five National Semiconductor integrated circuits (P/N: 5962-9081201MGA), which were determined to be authentic;

    b. three Texas Instruments graphics processors (P/N: SMJ34020AGBM40), which were determined by Texas Instruments to have been "altered by a third party" and "considered counterfeit";

    c. eight Xilinx integrated circuits (P/N: XC4062XLA-08HQ240C), which were determined by Xilinx to have been re-marked and counterfeit;

    d. fifteen Exar integrated circuits (P/N: XR2211ID), which are still being examined; and

    e. five Teledyne relays (P/N: 732D-26), which are still being examined.

13. The undercover purchase was made by contacting Solid Components at the email address "sales@solidcomponents.biz," which is the email address listed by the company on its Internet site. In the course of negotiating the purchase, on or about June 16, 2011, the undercover agent spoke with "Walter Kowalski" and advised him that the parts were to be used on a navy contract. In addition, the purchase order submitted to Solid Components specified: "All components must be OEM as stated above, new, unused, and in good condition."

14. According to publicly available records, the email server for the "solidcomponents.biz" domain is located at IP address 66.160.132.63. That IP address is assigned to Hurricane Electric Internet Services of Fremont, California, which has

confirmed that it provides email service for Solid Components. Hurricane Electric identified its customer as follows:

> Walter Kowalski
> Solid Components
> 18267 Fourth Ave.
> Jamestown CA 95327 US
> walter@solidcomponents.biz
> (209)984-8812
> solidcomponents.biz

### THE TARGET ACCOUNTS

15.  The TARGET ACCOUNTS are Internet accounts provided by Hurricane Electric Internet Services of Fremont, California (the "ISP"). Based on my training and experience, I know that information concerning the TARGET ACCOUNTS may be found on one or more computer servers owned and operated by the ISP. Only those portions of the servers containing information associated with the TARGET ACCOUNTS will be searched. The search will be conducted by one or more persons knowledgeable about the computer servers, including employees or agents of the ISP.

16.  Based on my training and experience, I also know that ISPs do not have the resources or the expertise to identify specific mail messages or other records relevant to a criminal investigation. Instead, it is the practice of ISPs to copy all email messages and other records from a specified account in response to a search warrant. Accordingly, the warrant requested by the Government encompasses all of the email messages and other records in the TARGET ACCOUNTS.

**STATUTORY AUTHORITY**

17.  Because the Court has jurisdiction over the offense under investigation, the Court is authorized to issue the requested warrant for the TARGET ACCOUNTS pursuant to Title 18, United States Code, Section 2703(a).  Specifically, there is probable cause to believe that the TARGET ACCOUNTS, as described more fully in Attachment A, will contain evidence, contraband, or instrumentalities relating to violations, inter alia, of Title 18, United States Code, Sections 2320 (Lanham Act) and 1343 (wire fraud).

**PROBABLE CAUSE TO SEARCH THE TARGET ACCOUNTS**

18.  Based on my training and experience, and on the facts set forth herein, there is probable cause to believe that evidence, contraband, and instrumentalities of criminal activity, as described more fully in Attachment B to this affidavit, will be found in the TARGET ACCOUNTS.  In particular, there is probable cause to believe that the TARGET ACCOUNTS will contain evidence establishing Roland Frank, a/k/a "Walter Kowalski," as the user of the accounts, together with evidence concerning the source of the counterfeit electrical components sold by Frank, his customers, and other materially false information that he may have provided his customers about the goods being sold.

7

## CONCLUSION

19. The facts set forth in this affidavit establish probable cause to believe that evidence, contraband, and instrumentalities of criminal activity, as described more fully in Attachment B, will be found in the TARGET ACCOUNTS. Accordingly, I respectfully request that the Court issue a warrant authorizing a search of the TARGET ACCOUNTS for the items listed in Attachment B and the seizure of any such items found therein.

20. Finally, because this affidavit contains information concerning an ongoing criminal investigation, the disclosure of which may compromise the investigation, I respectfully request that this affidavit and any warrants issued thereon be ordered sealed by the Court, until further order of the Court.

_____
Geoff Maynard, Special Agent
Defense Criminal Investigative Service

Sworn and subscribed before me
this 5th day of March 2012.

_____
HON. JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

ATTACHMENT A
(Accounts to be Searched)

The following accounts are to be searched:

| ACCOUNT IDENTIFIER | INTERNET SERVICE PROVIDER |
|---|---|
| walter@solidcomponents.biz | Hurricane Electric |
| sales@solidcomponents.biz | Hurricane Electric |

(the "TARGET ACCOUNTS"), including:

    1.    The contents of all e-mails associated with the TARGET ACCOUNTS, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

    2.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, login IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    3.    All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files; and

    4.    All records pertaining to communications between the ISP and any person regarding the account, including contacts with support services and records of actions taken.

ATTACHMENT B
(Records to be Seized)

Evidence, contraband, fruits, or instrumentalities relating to violations of Title 18, United States Code, Sections 2320 (Lanham Act) and 1343 (wire fraud), including:

1. Email messages or other records concerning the purchase, sale, or seizure of counterfeit integrated circuits or other electronic components.

2. Email messages or other records identifying suppliers, customers, or other associates of Solid Components, Inc., Roland Frank, or Walter Kowalski.

3. Email messages or other records identifying any individuals who owned, used, or accessed the TARGET ACCOUNTS, including but not limited to account opening records, subscriber contact information, and account access logs.